UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                          :

MANNY PASTREICH, as TRUSTEE et al,        :

                Plaintiff,          :

                               :        25-CV-01336 (JAV)
      -v-                          :
                               :             <u>ORDER</u>

BOSTON BUILDING MAINTENANCE, LLC,    :

                Defendants.      :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       Pursuant to the Court's Order dated March 4, 2025, ECF No. 5, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by April 9, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 14, 2025**.

       SO ORDERED.

Dated: April 11, 2025                               _____
       New York, New York                       JEANNETTE A. VARGAS
                                                      United States District Judge